UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE ESPINOSA, SR., <br><br> Petitioner, <br><br> v. <br><br> CORCORAN PRISON, <br><br> Respondent. | CASE NO. 3:20-cv-05803-JCC-JRC <br><br> REPORT AND RECOMMENDATION <br><br> NOTED FOR: JANUARY 1, 2021 |

This case has been referred to United States Magistrate Judge J. Richard Creatura. Petitioner Jose Espinosa, Sr. filed a proposed 28 U.S.C. § 2241 habeas petition and an application to proceed *in forma pauperis* ("IFP"). Dkt. 1-1, 7, 9.

Petitioner's IFP application indicated he had $302.44 in his prison trust account. Dkt. 9. The Court ordered petitioner to show cause why his IFP application should not be denied on or before November 6, 2020. Dkt. 10. In the alternative, petitioner was ordered to pay the $5.00 filing fee before that date. *Id.* Petitioner was advised that failure to show cause or pay the amount shall be deemed a failure to properly prosecute this matter and the Court would recommend dismissal of this matter. *Id.*

Petitioner has failed to comply with the Court's order. He has not filed a response to the Court's order or paid the filing fee. Accordingly, the Court recommends that this case be dismissed without prejudice. Based on the foregoing, the Court concludes that petitioner is not entitled to a certificate of appealability with respect to this petition.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on January 1, 2021 as noted in the caption.

Dated this 1st day of December, 2020.

J. Richard Creatura
United States Magistrate Judge