THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSE ESPINOSA, SR., | CASE NO. C20-5803-JCC |
| Petitioner, | ORDER |
| v. | |
| CORCORAN PRISON, | |
| Respondent. | |

This matter comes before the Court on the Report and Recommendation (R&R) of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. No. 11). Judge Creatura recommends that the Court dismiss Mr. Espinosa's petition based upon a failure to prosecute. Having thoroughly reviewed the R&R, the lack of objections thereto, and the relevant record, the Court hereby finds and ORDERS:

1. The Court ADOPTS the R&R.
2. Plaintiff's federal habeas petition is DISMISSED without prejudice.
3. A certificate of appealability is denied in this case.

//
//
//
//

DATED this 4th day of January 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE